IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 151M |
| ) | |
| TYRIK SPENCER, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert J. Prettyman, Assistant United States Attorney for the District of Delaware, hereby respectfully moves this Honorable Court for the issuance of an arrest warrant against the Defendant, TYRIK SPENCER, pursuant to the Criminal Complaint issued against him today. The United States respectfully requests authority to delay executing the arrest warrant while the defendant is hospitalized unless the defendant attempts to leave the hospital before being medically released.

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *Robert J. Prettyman*
Robert J. Prettyman
Assistant United States Attorney

Dated: August 16, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 151M |
| | ) |
| TYRIK SPENCER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

AND NOW, this 14 day of August, 2007, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of TYRIK SPENCER as requested by, and in accordance with the terms in the foregoing motion.

Honorable Mary Pat Thynge
United States Magistrate Judge