UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
                                   )    CASE NO. *07-151M*
       vs.                         )
                                   )
Tyrik Spencer                      )
                                   )
              Defendant.           )

## O R D E R

The financial inability of the defendant to retain counsel
having been established by the Court, and the defendant not
having waived the appointment of counsel,

It is on this **15th**       day of     **AUGUST, 2007,**

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the

Federal Public Defender for the District of Delaware is hereby

appointed to represent said defendant in the cause until further

order of the Court.

**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE   19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED

AUG 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE