AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Tyreke Spencer

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-151M

FILED
AUG 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, __Tyreke Spencer__, charged in a (complaint) (petition) pending in this District with __being a felon in possession of a firearm__ in violation of Title __18__, U.S.C., __922(g)(1) and 924(a)(2)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

8/23/07
_____
Date

_____
Counsel for Defendant